92 A.3d 670

IN THE MATTER OF RAYMOND L. HAMLIN, AN ATTORNEY AT LAW (ATTORNEY NO. 026161991).

June 19, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–309, concluding that the ethics complaint filed against **RAYMOND L. HAMLIN** of **NEWARK,** who was admitted to the bar of this State in 1991, should be dismissed for lack of clear and convincing evidence of unethical conduct, and good cause appearing;

It is ORDERED that the complaint against **RAYMOND L. HAMLIN** in District Docket No. VA–2011–0028E, is hereby dismissed.